FILED
CLERK
3/1/2021 9:14 am
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **MICHELLE TENZER-FUCHS,** on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>**BLADE URBAN AIR MOBILITY, INC.,**<br><br>Defendant. | Case No.: 2:20 cv 3823 JMA-AYS<br><br><br><br>Case closed.<br>SO ORDERED.<br>/s/ JMA, USDJ<br>3/1/2021 |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Parties through their undersigned counsel that the above-captioned action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). The Parties further stipulate that each party shall bear its own attorneys' fees, costs, and expenses.

Dated: February 28, 2021

| | |
|---|---|
| */s/Jonathan Shalom*<br>Jonathan Shalom, Esq.<br>105-13 Metropolitan Avenue<br>Forest Hills, New York 11375<br>Tel: (718) 971-9474<br>Email: Jonathan@ShalomLawNY.com<br>*Attorneys for Plaintiff* | */s/ Stephen H. Orel*<br>Stephen H. Orel, Esq.<br>Schwartz Sladkus Reich Greenberg Atlas LLP<br>444 Madison Avenue, 6th Floor<br>New York, New York 10022<br>Tel.: (212) 743-7049<br>Email: sorel@ssrga.com<br>*Attorneys for Defendant Blade Urban Air Mobility, Inc.* |